**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARENDI S.A.R.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1595-LPS |
| | ) | |
| LG ELECTRONICS, INC., | ) | |
| LG ELECTRONICS USA, INC. and | ) | |
| LG ELECTRONICS MOBILECOMM U.S.A., | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ARENDI S.A.R.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1596-LPS |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ARENDI S.A.R.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1597-LPS |
| | ) | |
| RESEARCH IN MOTION LIMITED and | ) | |
| RESEARCH IN MOTION CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1598-LPS |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) |
| and SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1599-LPS |
| | ) |
| NOKIA CORPORATION and NOKIA INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1600-LPS |
| | ) |
| HTC CORP. a/k/a HIGH TECH COMPUTER, | ) |
| CORP., HTC AMERICA, INC. and EXEDEA, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1601-LPS |
| | ) |
| MOTOROLA MOBILITY LLC | ) |
| f/k/a MOTOROLA MOBILITY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 12-1602-LPS |
| | ) |
| SONY MOBILE COMMUNICATIONS (USA) | ) |
| INC. f/k/a SONY ERICSSON MOBILE | ) |
| COMMUNICATIONS (USA) INC., | ) |
| SONY CORPORATION and | ) |
| SONY CORPORATION OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 13-919-LPS |
| | ) |
| GOOGLE INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 13-920-LPS |
| | ) |
| YAHOO! INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that due to the filing of related matters by Arendi S.A.R.L. on May 22, 2013, defendants Google Inc. and Yahoo! Inc. shall be added as separate Defendant Groups and certain deadlines set forth in the Rule 16 Scheduling Order entered in this case (D.I. 18) (the "Scheduling Order") shall be modified as set forth below:

|  |  |  |
| --- | --- | --- |
| FRCP 26(a)(1) disclosures (to the extent not already served) | June 28, 2013 | September 18, 2013 |
| Identify accused products, etc. | July 12, 2013 | August 30, 2013 |
| Section 3 disclosures (to the extent not already served) | August 2, 2013 | November 1, 2013 |
| Production of core technical documents | August 30, 2013 | December 2, 2013 |
| Initial claim charts | September 4, 2013 | December 6, 2013 |
| Invalidity contentions and invalidating references | October 18, 2013 | January 17, 2014 |
| Motions to join other parties, amend | November 04, 2013 | February 04, 2014 |
| Exchange of claim terms | November 15, 2013 | February 14, 2014 |
| Exchange of proposed constructions | December 9, 2013 | March 7, 2014 |
| Joint Claim Construction Chart | December 20, 2013 | March 21, 2014 |
| Interim status report | December 20, 2013 | March 21, 2014 |
| Initial claim construction briefs | January 17, 2014 | April 18, 2014 |
| Submit technology tutorial to the court | January 17, 2014 | April 18, 2014 |
| Responsive claim construction briefs | February 14, 2014 | May 16, 2014 |
| Claim construction hearing | March 7, 2014 | July 11 2014 10 AM |
| Substantial completion of document production | February 28, 2014 | May 23, 2014 |

1

| Fact discovery cut off | May 9, 2014 | August 8, 2014 |
|---|---|---|
| Initial expert reports | June 20, 2014 | September 19, 2014 |
| Rebuttal expert reports | July 25, 2014 | October 24, 2014 |
| Reply expert reports | August 22, 2014 | November 21, 2014 |
| Expert discovery cut off | September 26, 2014 | January 2, 2015 |
| Case-dispositive-motions opening brief | October 24, 2014 | January 30, 2015 |

All other deadlines set forth in the Scheduling Order shall remain the same. For

avoidance of doubt, this Order and the Scheduling Order it amends are intended to effect

coordination for pretrial purposes only.

Respectfully submitted,

PROCTOR HEYMAN LLP

By:  */s/ Neal C. Belgam*
Neal C. Belgam (#2721)
Melissa N. Donimirski (#4701)
Dawn Kurtz Crompton (#5579)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
Tel: (302) 472-7300
nbelgam@proctorheyman.com
mdonimirski@proctorheyman.com
dcrompton@procotrheyman.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

FISH & RICHARDSON, P.C.

By:  */s/ Thomas Lee Halkowski*
Thomas Lee Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5000
halkowski@fr.com

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics USA, Inc. and LG Electronics
Mobilecomm U.S.A., Inc.*

2

DLA PIPER LLP

By:  */s/ Denise Seastone Kraft*
    Denise Seastone Kraft (#2778)
    Aleine Michelle Porterfield (#5053)
    919 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Tel:  (302) 468-5645
    denise.kraft@dlapiper.com
    aleine.porterfield@dlapiper.com

*Attorneys for Defendant Apple Inc.*

NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP

By:  */s/ Francis DiGiovanni*
    Francis DiGiovanni (#3189)
    Thatcher A. Rahmeier (#5222)
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE  19899
    Tel: (302) 658-9141
    frank.digiovanni@novakdruce.com
    thatcher.rahmeier@novakdruce.com

*Attorneys for Defendants Samsung Electronics
America Inc., Samsung Electronics Co. Ltd.,
and Samsung Telecommunications America
LLC*

MORRIS JAMES LLP

By:  */s/ Mary B. Matterer*
    Richard K. Herrmann (#405)
    Mary B. Matterer (#2696)
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    Tel:  (302) 888-6800
    rherrmann@morrisjames.com
    mmatterer@morrisjames.com

*Attorneys for Defendants Research in Motion
Limited and Research in Motion Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:  */s/ Maryellen Noreika*
    Jack B. Blumenfeld (#1014)
    Maryellen Noreika (#3208)
    Jeremy A. Tigan (#5239)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    Tel:  (302) 658-9200
    jblumenfeld@mnat.com
    jtigan@mnat.com
    mnoreika@mnat.com

*Attorneys for Defendants Nokia Corporation,
Nokia Inc. and Yahoo! Inc.*

CONNOLLY GALLAGHER LLP

By:   */s/ Arthur G. Connolly III*
      Arthur G. Connolly III (#2667)
      1000 West Street, 14th Floor
      Wilmington, DE  19801
      Tel: (302) 888-6318
      aconnolly@connollygallagher.com

*Attorneys for Defendants HTC Corp. a/k/a*
*High Tech Computer Corp. and  HTC*
*America, Inc.*

POTTER ANDERSON & CORROON LLP

By:   */s/ Bindu A. Palapura*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

*Attorneys for Defendant Motorola Mobility*
*LLC f/k/a Motorola Mobility, Inc. and Google*
*Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:   */s/ Rodger D. Smith II*
      Rodger D. Smith II (#3778)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE  19899-1347
      Tel:  (302) 658-9200
      rsmith@mnat.com

*Attorneys for Defendants Sony Mobile*
*Communications (USA) Inc., Sony Corporation*
*and Sony Corporation of America*

IT IS SO ORDERED this ____12th____ day of ___July___, 2013.

                                       The Honorable Leonard P. Stark
                                       United States District Judge

1114348 / 39729

4