# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br>      Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC<br>f/k/a MOTOROLA MOBILITY, INC.,<br><br>      Defendant. | C.A. No. 12-1601-LPS |
| ARENDI S.A.R.L.,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>      Defendant. | C.A. No. 13-919-LPS |

## DEFENDANTS' MOTION TO STRIKE PORTIONS OF
## DR. TREVOR SMEDLEY'S EXPERT REPORTS REGARDING INFRINGEMENT OF
## U.S. PATENT NO. 7,917,843

Pursuant to Federal Rule of Civil Procedure 37(c)(1), Defendants Google LLC and Motorola Mobility LLC f/k/a Motorola Mobility, Inc. (collectively "Defendants") hereby move to strike those portions of Arendi expert Dr. Smedley's Reports Regarding Infringement of U.S. Patent No. 7,917,843, and Second Reports Regarding Infringement of U.S. Patent No. 7,917,843 that disclose, discuss, analyze, or opine on theories of infringement under the doctrine of equivalents.

The grounds for this motion are set forth in the Defendants' letter brief filed herewith in accordance with the Court's procedures for filing a motion to strike.

Pursuant to D. Del. L.R. 7.1.1, the parties conferred and Arendi will oppose the motion.

DATED:  December 15, 2020

OF COUNSEL:

Robert W. Unikel
Michelle Marek Figueiredo
John Cotiguala
Matt Lind
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 449-6000
robertunikel@paulhastings.com
michellemarek@paulhastings.com

Robert R. Laurenzi
Chad J. Peterman
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
robertlaurenzi@paulhastings.com
chadpeterman@paulhastings.com

Ariell Bratton
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Tel: (858) 458-3000
ariellbratton@paulhastings.com

6969491

Respectfully submitted.

POTTER ANDERSON & CORROON LLP

By:   /s/ David E. Moore
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Stephanie E. O'Byrne (#4446)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801
      Tel: (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com
      sobyrne@potteranderson.com

*Attorneys for Defendants Motorola Mobility LLC f/k/a Motorola Mobility, Inc. and Google Inc.*