## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ARENDI S.A.R.L.,                                    )
                                                    )
            Plaintiff,                              )
                                                    )    C.A. No. 12-1601-JLH
        v.                                          )
                                                    )    **JURY TRIAL DEMANDED**
MOTOROLA MOBILITY LLC F/K/A                         )
MOTOROLA MOBILITY, INC.,                            )
                                                    )
            Defendant.                              )

## JOINT STATUS REPORT

In accordance with the Court's July 30, 2026, Oral Order (D.I. 439), the parties submit this Joint Status Report.

On April 5, 2023, the Court entered the Joint Stipulation and Order Regarding Infringement and Invalidity, wherein the parties agreed "to be bound by any final judgment, after any resulting appeals and/or remands (or after the time for appeal has run), on the issues of infringement, validity and enforceability of the Asserted Claims in the Google Action." D.I. 434 (defining the "Google Action" as C.A. No. 13-919). Moreover, the parties agreed:

> If a final judgment is entered in the Google Action after any appeals and remands (and appeals therefrom) are complete (or after the time for any appeals has passed) finding no infringement of any Asserted Claim by the Accused Functionalities, or if a final judgment is entered in the Google Action after any appeals and remands (and appeals therefrom) are complete (or after the time for any appeals has passed) finding the Asserted Claims invalid or unenforceable for any reason, Arendi and Motorola agree that Motorola will owe no money or other compensation (for damages, fees, costs or any other amounts) to Arendi.

*Id.* ¶ 3. The parties further stipulated that "Arendi and Motorola agree to bear their own attorney fees and costs associated with the Motorola Action." *Id.* ¶ 10.

On May 2, 2023, a jury returned a verdict and found that the asserted claims of the '843 patent were not infringed, were invalid as anticipated, and were invalid as obvious. Google Action, D.I. 531. On January 14, 2026, the Court entered judgment in Google's favor and against Arendi. *Id.*, D.I. 625. The Federal Circuit issued a Mandate on July 13, 2026, concerning its judgment that the '843 patent was invalid under 35 U.S.C. § 101 and affirming the Court's judgment. *Id.*, D.I. 628.

Accordingly, the parties request that this Court dismiss this case with prejudice. Counsel is available at the Court's convenience should the Court have any questions.

SMITH, KATZENSTEIN & JENKINS LLP

By: */s/ Neal C. Belgam*
    Neal C. Belgam (#2721)
    Daniel Taylor (#6934)
    1000 West Street, Suite 1501
    Wilmington, DE 19801
    nbelgam@skjlaw.com
    dtaylor@skjlaw.com

    OF COUNSEL:

    Seth D. Ard
    Max I. Straus
    SUSMAN GODFREY, L.L.P.
    One Manhattan West
    New York, NY 10001

    John P. Lahad
    SUSMAN GODFREY, L.L.P.
    1000Louisiana Street, Suite 5100
    Houston, TX 77002

*Attorneys for Plaintiff Arendi S.A.R.L.,*

Dated: August 6, 2026
13088833 / 23148.00001

POTTER ANDERSON & CORROON

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

    OF COUNSEL:

    Robert W. Unikel
    John Cotiguala
    PAUL HASTINGS LLP
    71 South Wacker Drive, Suite 4500
    Chicago, IL 60606

    Robert R. Laurenzi
    Chad J. Peterman
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, NY 10166

*Attorneys for Defendant Motorola Mobility LLC f/k/a Motorola Mobility, Inc.*

2